# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA M. LITTLE, | Case No. 1:14-cv-00795-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE A STATUS REPORT ON OR BEFORE OCTOBER 20, 2014** |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissoner of Social Security, | |
| Defendant. | |

_____/

    Plaintiff Lena M. Little ("Plaintiff") filed this complaint in May 2014. In June 2014, Plaintiff filed proof of service showing the complaint was served on the Government on May 28, 2014. Based on the proof of service, the Government's responsive pleading – the administrative record in this case – was to be filed within 120 days of service, *i.e.*, September 25, 2014. The Government has made no appearance in the action, and it is not clear whether service was properly effected.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff file a status report on or before October 20, 2014, updating the Court on the current posture of the case.

IT IS SO ORDERED.

Dated:   **October 8, 2014**              **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

2