# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA M. LITTLE, | CASE NO. 1:14-cv-00795-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | **(Doc. 7)** |
| _____/ | |

On May 23, 2014, Plaintiff filed this action against Defendant. An executed summons reflects that Defendant was served on May 28, 2014. Pursuant to the scheduling order, Defendant was required to respond to the complaint within 120 days of service of the complaint.

Defendant has not yet appeared in this case. On October 8, 2014, the Court ordered Plaintiff to file a status report regarding service of the complaint. (Doc. 6.) On October 17, 2014, Plaintiff filed an unopposed motion for a 90-day extension of time for Defendant to file an answer. On October 20, 2014, Plaintiff also filed a status report indicating a request for an extension of time for Defendant to answer had been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a 90-day extension of time is GRANTED; and
2. Defendant shall file the administrative record on or before January 15, 2015.

IT IS SO ORDERED.

Dated:   **October 23, 2014**                    **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE