# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LENA M. LITTLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-0795-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for serving and lodging the certified administrative record be extended 32 days from January 15, 2015 to February 16, 2015.

This is Defendant's first request for an extension of time to serve and lodge the certified administrative record.  Defendant needs an additional 32 days, until February 16, 2015, in which to prepare and lodge an electric version of the certified administrative record, in accordance with local court rules.   Plaintiff's counsel does not oppose the additional time, and agrees that all subsequent deadlines in the scheduling order should be extended by 32 days.

Stipulation and Order to Extend Time;
Case No. 1:14-cv-0795-SKO                                     1

Respectfully submitted,

Dated: January 15, 2015          BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    /s/ *Donna W. Anderson*
                                 DONNA W. ANDERSON
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

Dated: January 15, 2015          Law Offices of Binder & Binder

                          By:    /s/ Manuel D. Serpa*
                                 MANUEL D. SERPA
                                 Attorney for Plaintiff Lena Little
                                 *(\*By email authorization on 1/15/15)*

## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that:

1. The Administrative Record shall be file on or before February 16, 2015; and

2. The parties' stipulation that all other deadlines be extended 32 days is DENIED as there is no reason to extend all remaining dates beyond the timeframes set forth in the scheduling order.

IT IS SO ORDERED.

   Dated:  **January 15, 2015**               **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE