# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA M. LITTLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:14-cv-00795-SKO<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

On April 20, 2015, Defendant filed a stipulated request seeking to extend the parties' briefing schedule by thirty days. (Doc. 17.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,

2. Defendant's opposition brief must be filed on or before May 14, 2015; and

3. Plaintiff's reply brief must be filed on or before May 29, 2015.

IT IS SO ORDERED.

Dated:   **April 21, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE