**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENA M. LITTLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:14-cv-00795-SKO<br><br>**AMENDED ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF**<br><br>**(Doc. 17)** |

　　　　On April 20, 2015, the parties filed a stipulation extending the time for Defendant to serve a confidential letter brief on Plaintiff, as well as all subsequent deadlines.  (Doc. 17.)  The Court issued an order approving the stipulation (Doc. 18), but the briefing schedule set forth in the Court's order did not correctly reflect the modified scheduling deadlines.  As such, the April 21, 2015, order is AMENDED to reflect the following deadlines:

　　　　1.　　Pursuant to the parties' stipulation, Defendant's confidential letter brief shall be served on Plaintiff by no later than May 14, 2015;

　　　　2.　　Plaintiff shall file an opening brief by no later than June 18, 2015;

1    3.	Defendant shall file a responsive brief by no later than July 23, 2015; and

2    4.	Plaintiff may file an optional reply brief by no later than August 10, 2015.

IT IS SO ORDERED.

Dated:  **April 22, 2015**                                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE