**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LENA M. LITTLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-0795-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br><br>**(Doc. 22)** |

The parties, through their respective counsel, stipulate that the time for Defendant to file her responsive pleading be extended from July 10, 2015 to August 10, 2015.

This is Defendant's first request for an extension of time to file her answering brief. Defendant needs additional time to further consider her position in this case. Plaintiff's counsel does not oppose the additional time, and agrees that all subsequent deadlines in the scheduling order should be extended by 31 days.

Respectfully submitted,

Dated:  July 10, 2015        BENJAMIN B. WAGNER
                             United States Attorney
                             DONNA L. CALVERT
                             Regional Chief Counsel, Region IX
                             Social Security Administration

Stipulation and Order to Extend Time;
Case No. 1:14-cv-0795-SKO                    1

|        |                              |
|--------|------------------------------|
| By:    | /s/ *Donna W. Anderson*      |
|        | DONNA W. ANDERSON            |
|        | Special Assistant U.S. Attorney |
|        | Attorneys for Defendant      |

Dated: July 10, 2015                   Law Offices of Binder & Binder

|        |                              |
|--------|------------------------------|
| By:    | /s/ Manuel D. Serpa*         |
|        | MANUEL D. SERPA              |
|        | Attorney for Plaintiff Lena Little |
|        | *(\*By email authorization on 07/08/15)* |

## **ORDER**

Pursuant to the Court's amended order issued on April 23, 2015 (Doc. 19), Defendant's responsive brief must be filed no later than July 23, 2015, which superseded the original scheduling order issued in this matter.  On July 10, 2015, the parties stipulated that Defendant be granted an extension of time until August 10, 2015, to file a responsive brief.  (Doc. 22.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief by no later than August 10, 2015; and
2. Plaintiff may file an optional reply brief by no later than August 28, 2015.

IT IS SO ORDERED.

Dated:   **July 13, 2015**                            **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Extend Time;
Case No. 1:14-cv-0795-SKO                    2